**FILED**
Nov 06, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
JEFFREY SPIVAK
Assistant United States Attorney
SEAN O. ANDERSON
Yosemite Legal Officer
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
  UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>ABIGAIL G. SCHLAG,<br><br>                    Defendant. | Case No. 6:23-mj-00025-HBK<br><br>INFORMATION<br><br>VIOLATION: 36 C.F.R. § 2.32(a)(1) –<br>Interfering with a government employee or agent engaged in an official duty<br><br>[Class B Misdemeanor] |

I N F O R M A T I O N

The United States Attorney charges:  THAT

ABIGAIL G. SCHLAG

Defendant herein, on or about September 18, 2023, within the boundaries of Yosemite National Park, in the Special Maritime and Territorial jurisdiction of the United States, within the State and Eastern District of California, interfere with a government employee or agent engaged in an official duty in violation of Tile 36, Code of Federal Regulations Section 2.32(a)(1).

1 | DATED: November 4, 2023

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By:   /s/  *Sean O. Anderson*
      SEAN O. ANDERSON
      Yosemite Legal Officer

JAS\
AUSA INITIALS

# PENALTY SLIP

**DEFENDANT:**    ABIGAIL G. SCHLAG

**COUNT ONE:**

    VIOLATION:    36 C.F.R. § 2.32(a)(1) –   Interfering with a government employee or agent engaged in an official duty [**Class B Misdemeanor**]

    PENALTY:
- (a) Imprisonment
  Maximum: Six (6) months
- (b) Fine.
  Maximum: Five Thousand Dollars ($5,000)
- (c) Both Fine and Imprisonment.
- (d) Penalty Assessment.
  Mandatory: Ten Dollars ($10)

**FORFEITURE ALLEGATION:**    N/A